AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 26 2016

David J. Bradley, Clerk

United States of America
v.

Ramon GARZA-Reyes
YOB: 1969
POB: Mexico

*Defendant(s)*

Case No. M-16-1212-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  6/25/2016  in the county of  Starr  in the  Southern  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 136.5 kilograms of marijuana, a schedule I controlled substance. |

This criminal complaint is based on these facts:

On Saturday, June 25, 2016, at approximately 3:30 pm, Border Patrol Agents performing line watch operations via an electronic surveillance platform referred to as Tango 2, observed multiple individuals walking on the north side of the Rio Grande River, in Roma, Texas. Tango 2 Agents observed the individuals carrying large bundle like objects, consistent to the manner in which marijuana is commonly wrapped and bundled, on their backs as they walked further into the United States. Moments later Tango 2 Agents observed the individuals put the large bundles into a dark colored sedan, later identified as a Ford Focus, parked on the street, near where agents refer to as "Salinas Crossing."  ( SEE ATTACHMENT I)

☑ Continued on the attached sheet.

*Complainant's signature*

James Ibarra, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 26, 2016 4:02 pm

*Judge's signature*

City and state: McAllen, Texas

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

Attachment I

Tango 2 Agents then observed the Ford Focus travel northbound on Guerra Avenue and advised mobile Border Patrol units of the activity. Tango 2 agents observed Border Patrol vehicles travelling southbound on Guerra Ave. as the Ford Focus was travelling northbound on the same road. Tango 2 Agents did not observe any other vehicles near "Salinas Crossing" or on Guerra Ave. at this time.

As Border Patrol Agents traveled south on Guerra Ave. and approached the Ford Focus with their emergency lights engaged. The Ford Focus momentarily stopped, but then quickly accelerated into a corner property causing damage to a small palm tree before travelling west on Cantaro St. At this time Agents observed the driver of the Ford Focus was wearing eye glasses and an orange shirt. Agents followed the Ford Focus on Cantaro St., which ends in a cul-de-sac. Agents observed the Ford Focus go into a drive-way at the end of the road and knock over a fence before coming to a stop in an adjacent lot. Agents observed the driver exit the vehicle and ran for about 20 yards, before stopping and surrendering to Border Patrol agents. The driver and sole occupant of the vehicle was then identified as Ramon GARZA-Reyes.

Border Patrol Agents approached the Ford Focus and observed bundles of marijuana in the front passenger seat, back seat, and trunk of the vehicle. Six large bundles containing many smaller bundles were recovered from the vehicle, totaling approximately 136.5 kilograms. The Ford Focus, GARZA, and the bundles of marijuana were then transported to the Rio Grande City, TX Border Patrol Station for processing and safekeeping.

On the same date, at approximately 7:13 p.m., DEA Special Agents James Ibarra and Hunter Steadman made contact with Ramon GARZA-Reyes at the Rio Grande City, Texas Border Patrol Station. SA Ibarra, as witnessed by SA Steadman read GARZA-Reyes his Miranda Rights in his preferred language of Spanish. GARZA-Reyes stated that he understood his rights and agreed to speak with Agents. GARZA-Reyes stated earlier the same day, he was hired by a friend to transport the marijuana for $300 U.S. dollars. GARZA-Reyes stated the Ford Focus was provided by his friend and that his friend told him, GARZA-Reyes where and when to go pick up the marijuana bundles. GARZA-Reyes stated he needed the $300 dollars to help fund his cocaine addiction. GARZA-Reyes stated he went to the location where he was directed to go when multiple individuals put bundles of marijuana into the vehicle. GARZA-Reyes stated he travelled northbound when he saw the Border Patrol Agents and attempted to evade the Agents because he was currently on probation and didn't want to get caught with marijuana. GARZA-Reyes stated he attempted to flee on foot, but decided to surrender to Agents when he heard their commands to stop.